# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5092

_____

JENNIFER ALDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

C. Michael Williams of the Law Office of C. Michael Williams, P.A., Jacksonville; Jennifer Alder, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.